WILLIAM M. SIMONTON *vs.* WELLINGTON PATTIN, G. F. TROUT and J. W. GREEN, trading as the Delaware Fruit Company.

Sussex County, April Term, 1895.

**Practice. Service of Process.**—Where a writ is placed in the Sheriff's hands before, and served after, his term of office has expired, the service is invalid.

This was an application to set aside a Sheriff's return. As it appeared from the writ the return of the Sheriff was as follows: "Served personally on all the defendants. So ans. John H. Truitt, late Sheriff." It appeared that the summons had been placed in the hands of the Sheriff before, and served after his term of office had expired, and on that ground, *Richards*, for the defendants, moved that the above return be set aside, contending that it was served by the late Sheriff after he was *functus officio*, and that, therefore, his action was a nullity.

*Joseph L. Cahall*, for the plaintiff, *contra*.

The Court ordered that the return of the Sheriff be set aside.